IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **RICHARD CHASE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 05-780-CV-W-GAF |
| | ) | |
| **IOC–KANSAS CITY, INC., ISLE OF** | ) | |
| **CAPRI CASINOS, INC. LAKE** | ) | |
| **CHARLES, ADORIA ADAIR, ERICA** | ) | |
| **COUNCIL, DEBORAH JENKINS, and** | ) | |
| **SHANNON CAMERON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Presently before the Court are two Motions to Dismiss, filed pursuant to Fed. R. Civ. P. 12(b)(6). One Motion was filed by Defendants Erica Council, Deborah Jenkins, and Shannon Cameron. (Doc. #24). The other Motion was filed by Defendants IOC-Kansas City, Inc. and Isle of Capri Casinos, Inc. Lake Charles. (Doc. #16).

On May 16, 2006, this Court ordered the Plaintiff, Richard Chase ("Chase") to amend his first amended Complaint to specify which counts are being brought against which Defendants. (Doc. #38). Chase filed his second amended Complaint on May 20, 2006. (Doc. #39). In addition to specifying which counts are being brought against which Defendants, Chase amended his first amended Complaint to add

various factual allegations.[1]  Id.  Chase's second amended Complaint renders the pending Motions to Dismiss MOOT.

**IT IS SO ORDERED.**

                                                      /s/ Gary A. Fenner
                                                     GARY A. FENNER, JUDGE
                                                      United States District Court

DATED:   May 22, 2006

---

[1] This Court's Scheduling Order provides that the parties may amend their pleadings on or before June 30, 2006.  (Doc. #37).

2